IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:07CR238-R

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| WEALTHY EANES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion To Suppress Evidence And For Discovery, Dismissal, or Preclusion" and "Memorandum Of Law In Support . . ." filed March 21, 2008 (filed together as document #16); and on the Defendant's "Supplemental Motion For Discovery" filed March 24, 2008 (document #17). Before a hearing is scheduled on Defendant's motions, counsel will be required to meet <u>in person</u> to discuss their respective positions, including the possibility of a mutually acceptable plea agreement. Thereafter, unless Defendant explicitly withdraws his motions, the undersigned will require a written response from the Government.

**NOW THEREFORE,** in the interest of the fair and efficient administration of justice:

1. Counsel shall meet <u>in person</u> **on or before Friday, April 11, 2008,** to discuss their respective positions--both regarding a fair and appropriate disposition of the charges generally, and regarding Defendant's Motion To Suppress in particular.

2. Unless Defendant has withdrawn his Motion to Suppress **on or before Thursday, April 17, 2008,** the Assistant U.S. Attorney handling this case (Steven Kaufman) shall prepare and file a written response to Defendant's contentions on that date.  <u>In addition to filing, a copy of the Government's response shall be hand-delivered to the chambers of the undersigned the same day it is filed</u>.

3. If the "Motion to Suppress . . ." and "Supplemental Motion For Discovery" are <u>not</u> withdrawn, a hearing shall be held thereon on **Thursday, April 24, 2008, at 10:00 a.m.**, in the U.S. Magistrate Judge's Courtroom, First Floor, U.S. Courthouse, 401 W. Trade Street, Charlotte, N.C.

4. The Clerk is directed to send a copy of this Order to defense counsel; AUSA Kaufman; <u>and to the Honorable Martin K. Reidinger</u>.

**SO ORDERED.**

Signed: March 25, 2008

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge