UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:07-cr-238-MKR |
|---|---|---|
| v. | ) | **ORDER VACATING MAGISTRATE COURT'S MEMORANDUM, RECOMMENDATION, AND ORDER** |
| WEALTHY EANES | ) | |

This matter is before the Court on the consent motion of the parties, submitted by the United States of America on December 3, 2008, to vacate the Memorandum and Recommendation and Order of the Magistrate Court regarding the Defendant's motion to suppress and to dismiss (Document Number 43).

It appears that the parties have agreed, in their signed and filed plea agreement, that the MRO be vacated, and that they have consented to the same (Document Number 61).

It is hereby ordered that the motion be GRANTED, and the Memorandum and Recommendation and Order is hereby vacated.

SO ORDERED this 4th day of December 2008.

CARL HORN, III
U.S. MAGISTRATE JUDGE